HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
HOPE ALLEY, CA SBN 314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ROBERT CHRISTOFFERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:18-po-00096 |
|---|---|
| Plaintiff, | **MOTION TO VACATE JANUARY 29, 2019 REVIEW HEARING; ORDER** |
| vs. | |
| ROBERT CHRISTOFFERSON, | |
| Defendant. | |

Defendant Robert Christofferson hereby requests that the Court vacate the January 29, 2019 review hearing. The Government is in agreement with the request.

On February 27, 2018, pursuant to a deferred entry of judgment, the Court sentenced Mr. Christofferson to 12 months of probation with the conditions that he obey all laws and report all law enforcement contact within 7 days. Additionally, the Court ordered Mr. Christofferson to pay a fine of $700.00.

Mr. Christofferson has not had any new law violations and has paid his fine in full.

The parties agree that Mr. Christofferson is in compliance with the terms of his probation. Accordingly, the parties request that the Court vacate the January 29, 2019 review hearing.

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 24, 2019

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
ROBERT CHRISTOFFERSON

**O R D E R**

Pursuant to the parties' request, the court vacates the January 29, 2019 review hearing for Case No. 6:18-po-00096.

IT IS SO ORDERED.

Dated: January 24, 2019

UNITED STATES MAGISTRATE JUDGE