HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ROBERT CHRISTOFFERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT CHRISTOFFERSON,<br><br>Defendant. | Case No. 6:18-po-00096<br><br>**MOTION TO DISMISS; ORDER** |

Defendant Robert Christofferson hereby files this motion to dismiss pursuant to 18 U.S.C. § 3607(a). The Government does not oppose this request.

On February 27, 2018, Mr. Christofferson pled guilty to possession of a controlled substance in violation of 36 CFR § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted Mr. Christofferson a deferred entry of judgment under 18 U.S.C. § 3607(a). On January 24, 2019, the Court vacated Mr. Christofferson's review hearing because he had fully complied with the terms of his probation. Mr. Christofferson's probation expired on February 27, 2019.

Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation." Here, Mr. Christofferson's term of probation has expired, and he did not violate any condition of his probation. Accordingly, Mr. Christofferson requests that the Court, without entering a judgment

of conviction, dismiss the proceedings.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 2, 2019 */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
ROBERT CHRISTOFFERSON

**O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the court hereby dismisses the proceedings against Mr. Christofferson in *United States v. Christofferson*, Case No. 6:18-po-00096.

IT IS SO ORDERED.

Dated: April 2, 2019

UNITED STATES MAGISTRATE JUDGE

Christofferson - Motion to Dismiss